IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ELIGHA BOWIE III**                                                                                  **PLAINTIFF**

v.                                                       **No. 4:21CV15-DAS**

**M.D.O.C., ET AL.**                                                                          **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion and final judgment entered this day, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED**, this, the 5th day of October, 2021.

                                                      /s/ David A. Sanders
                                                      DAVID A. SANDERS
                                                      UNITED STATES MAGISTRATE JUDGE